IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02854-BNB

RICHARD MARTINEZ,

    Applicant,

v.

DIRECTOR OF PAROLE DR. YOUNG,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Richard Martinez, is a prisoner in the custody of the Colorado Department of Corrections (DOC).  Mr. Martinez initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1).  On December 4, 2012, Magistrate Judge Boyd N. Boland ordered Mr. Martinez to file an amended application that names a proper Respondent and that clarifies the claims he is asserting in this action.  Mr. Martinez was warned that the action would be dismissed without further notice if he failed to file an amended application within thirty days.  Although the order directing Mr. Martinez to file an amended application states that Mr. Martinez is incarcerated at the Colorado Territorial Correctional Facility, the Court's docketing records and the DOC's website both indicate that Mr. Martinez is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado.  At the time Magistrate Judge Boland's order directing Mr. Martinez to file an amended application was entered, a copy of that order was mailed to Mr. Martinez at the Bent County Correctional Facility.

Mr. Martinez has failed to file an amended application within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's December 4 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the habeas corpus application (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Martinez failed to comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 15th day of January, 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court